# CONTRACTORS INVOICE

TO: Packgen

WORK PERFORMED AT:
65 First Flight Drive
P.O. Box 1970
Auburn, Me 04211-1970

DATE: 04-28-10

YOUR WORK ORDER NO.

OUR BID NO.

**DESCRIPTION OF WORK PERFORMED**

Build & Maintain Boom Equipment

31.15 hrs    Total Due $168.00

[signature]

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _____).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month / Day / Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month / Day / Year

NC3822

CONTRACTORS INVOICE

Confidential - Subject to Protective Order