# United States Court of Appeals
## For the First Circuit

No. 13-2035

PACKGEN,

Plaintiff, Appellant,

v.

BP EXPLORATION & PRODUCTION, INC., and
BP AMERICA PRODUCTION COMPANY,

Defendants, Appellees.

**JUDGMENT**

Entered: June 11, 2014

    This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's ruling is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Bosse, Mr. Brennan, Ms. Briesacher, Mr. Burns, Ms. Mariani & Mr. Volkin.